Michelle A. Clark, Bar No. 243777
miclark@littler.com
Carolyn G. Hudson, Bar No. 334842
chudson@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:    559.244.7500
Fax No.:        559.244.7525

Attorneys for Defendant
LAND O'LAKES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUANO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O'LAKES, INC., a Minnesota corporation, and DOES 1-20,<br><br>　　　　　　Defendants. | Case No.<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>Tulare County Superior Court<br>Complaint Filed:   October 4, 2024 |

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA
93704.2225
559.244.7500

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF ANGEL RUANO:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LAND O'LAKES, INC., through its counsel, discloses the following:

LAND O'LAKES, INC. has no parent company and no publicly held entity owns 10% or more of its stock.

Dated: November 25, 2024

LITTLER MENDELSON, P.C.

*Carolyn G. Hudson*

Michelle A. Clark
Carolyn G. Hudson

Attorneys for Defendant
LAND O'LAKES, INC.

4895-7838-2327.1 / 048240-1263

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT