# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O' LAKES, INC.,<br><br>　　　　　　Defendants.<br>_____ / | Case No.  **1:24–CV–01444–HBK**<br><br>**NOTICE OF DIRECT ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE** |

　　This action has been directly assigned to United States Magistrate Judge Helena M. Barch-Kuchta under the Court's automated case assignment plan. *See* E.D. Cal. L. R., Appendix A, subsection (m).

　　The parties are encouraged to consider consenting to a United States Magistrate Judge to conduct all proceedings in this action as the Fresno Division of the Eastern District of California now has one of the heaviest District Judge caseloads in the entire nation.  Due to the District Judges' heavy caseload, resolution of dispositive motions may be delayed for many months and civil trials may be trailed indefinitely with little notice before commencement of trial before the United States District Judge. The law requires the District Judge to give criminal cases priority over civil trials and other matters, and the District Judge must proceed with criminal trials even if a civil trial is older or was set earlier. Continuances of civil trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause.  If multiple trials are scheduled to begin on the same day, this civil trial will trail day to day, or week to week, until completion of any criminal case or older civil case.

To consent to the jurisdiction of the Magistrate Judge for all purposes, including for the entry of final judgment, the parties use the "Consent to Assignment or Request for Reassignment" form that is available on the Court's homepage.[1]  *See also* 28 U.S.C. § 636(c).  There is no obligation to consent, and any party may consent or decline consent without any adverse consequences.  *See* Fed. R. Civ. P. 73(b)(2); 28 U.S.C. § 636(c)(2).  Further, the judges will be informed of a party's designation <u>only</u> if all parties have consented.  *See* Fed. R. Civ. P. 73(b)(1).

If any party declines consent, the Clerk of the Court will randomly assign this case to a United States District Judge as the presiding judge, with the Magistrate Judge continuing to be assigned to the case for those purposes outlined in the Local Rules.  *See* E.D. Cal. L. R. 300-304.  The receipt of the consent/decline designation assists the Court in determining how this action will administratively proceed.  Therefore, the parties are encouraged to make their election to consent or decline consent promptly by returning the "Consent to Assignment or Request for Reassignment" form to the Clerk of Court as soon as practicable.

Further, IT IS HEREBY ORDERED:

Plaintiff(s), when serving process under Federal Rule of Civil Procedure 4, shall provide to each defendant a copy of this Notice and the "Consent to Assignment or Request for Reassignment" form, and shall denote that service of these documents was effectuated on the service of process form.

                                            */s/* Helena Barch-Kuchta
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] https://www.caed.uscourts.gov/caednew/assets/File/Forms/consentmagweb.pdf.