Marshall A. Caskey, Esq. SBN 065410
mcaskey@caskeyholzman.com
Daniel M. Holzman, Esq. SBN 176663
dholzman@caskeyholzman.com
N. Cory Barari, Esq. SBN 295306
nbarari@caskeyholzman.com
**CASKEY & HOLZMAN**
24025 Park Sorrento, Suite 400
Calabasas, CA 91302
Telephone: (818) 657-1070
Facsimile: (818) 657-1066

Attorneys for Plaintiff,
ANGEL RUANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUANO, an individual,<br><br>          Plaintiff,<br>     v.<br><br>LAND O'LAKES, INC., a Minnesota corporation, and DOES 1-20,<br><br>          Defendants. | **Case No.: 1:24-CV-01444-HBK**<br><br>(Superior Court of California, County of Tulare, Case Number: VCU313714)<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |

**TO THE COURT:**

The undersigned, counsel of record for Plaintiff Angel Ruano, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.     Angel Ruano;

2.     Land O'Lakes, Inc.; and

3.     Counsel of record for the parties.

Dated: December 9, 2024                    CASKEY & HOLZMAN

By: _____
    MARSHALL A. CASKEY
    DANIEL M. HOLZMAN
    N. CORY BARARI

    Attorneys for Plaintiff

2

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of: **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** were on **December 9, 2024,** served upon all counsel of record electronically by the Court's Case Management System and by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

**Michelle A. Clark, Esq.**
**Carolyn G. Hudson, Esq.**
**LITTLER MENDELSON, P.C.**
**5200 North Palm Avenue, Suite 302**
**Fresno, California 93704-2225**
**T: (559) 244-7500**
**F: (559) 244-7525**
**Emails: miclark@littler.com**
**chudson@littler.com**

**Attorneys for Defendant, *LAND O'LAKES***

Executed on **December 9, 2024**, at Calabasas, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

*Kenya Ancona*
KENYA ANCONA

RUANO/POS