UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O'LAKES, INC.,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-01444-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 24) |

　　　　On December 17, 2025, Plaintiff Angel Ruano and Defendant Land O'Lakes, Inc. (collectively, the "Parties") filed a stipulated motion to continue certain deadlines in the Case Management and Scheduling Order. (Doc. No. 14). The Court finds good cause to grant the Parties' stipulated motion. Fed. R. Civ. P. 16(b)(4). The extension of the dispositive deadline date necessitates extensions to the pretrial and trial dates consistent with the district court's scheduling preferences.

　　　　Accordingly, it is **ORDERED:**

　　　　1. The Parties' stipulated motion to extend certain case management and scheduling deadlines (Doc. No. 24) is GRANTED to the extent set forth herein.

2. The following dates shall govern the management of this action going forward.

## I.   Extended Deadlines and Dates

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 06/01/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 04/01/2026 |
| Deadline for defendants to disclose expert report(s). | 04/01/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 05/01/2026 |
| Deadline for expert discovery. | 06/01/2026 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. ***The parties may contact Chambers prior to this date to arrange a settlement conference.*** | 06/01/2026 |
| Deadline to file pre-trial dispositive motions. *See* Fed. R. Civ. P. 56. | 07/01/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 11/23/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283 | 12/07/2026 at 1:30 p.m. |
| Trial Date. (Tuesday) | 01/19/2027 at 8:30 a.m. |

3. The other deadlines and procedures set forth in the March 6, 2025 Case Management and Scheduling Order (Doc. No. 14) otherwise will govern this action.

Dated:   December 22, 2025

HELENA M. BARCH-KUCHTA  
UNITED STATES MAGISTRATE JUDGE