UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL RUANO,<br><br>    Plaintiff,<br><br> v.<br><br>LAND O'LAKES, INC.,<br><br>    Defendant. | Case No.  1:24-cv-01444-JLT-HBK<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 27) |

On March 24, 2026, Plaintiff Angel Ruano ("Plaintiff") and Defendant Land O'Lakes, Inc. ("Defendant") (collectively, the "Parties") filed a joint stipulated motion to extend certain pre-trial and trial dates.  (Doc. No. 27).  The Parties have agreed to participate in private mediation, which currently is scheduled for May 12, 2026.  *Id.*  The Court finds good cause to grant the joint motion.  Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' joint stipulated motion to extend certain case management and scheduling deadlines (Doc. No. 27) is GRANTED to the extent set forth herein.

2. The following dates shall govern the management of this action going forward.

I.      **Extended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 09/01/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 07/01/2026 |
| Deadline for defendants to disclose expert report(s). | 07/01/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 08/03/2026 |
| Deadline for expert discovery. | 09/01/2026 |
| Deadline to file pre-trial dispositive motions.  *See* Fed. R. Civ. P. 56. | 10/01/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 02/23/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  (Second or Fourth Monday) (Judge Sheriff requires a minimum of 16 weeks form dispositive motion filing date) | 03/08/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 04/20/2027 at 8:30 a.m. |

3.  The other deadlines and procedures set forth in the March 6, 2025 Case Management and Scheduling Order (Doc. No. 14) otherwise will govern this action.

4.  If the Parties reach a settlement at the mediation, a notice of settlement shall promptly be filed with the Court.  *See* Local Rule 160(a).  Dispositional documents are due **no more than twenty-one (21) days** from the filing of the notification unless the Parties show good cause for an extension of time.  *See* Local Rule 160(b).

Dated:    March 27, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2